NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AMKOR TECHNOLOGY, INC.,**
*Appellant,*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

and

**CARSEM (M) SDN BHD, CARSEM SEMICONDUCTOR SDN BHD (ALSO KNOWN AS RECAMS SDN BHD), AND CARSEM, INC.,**
*Intervenors.*

---

2010-1550

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-501.

---

ON MOTION

---

ORDER

Upon consideration of Amkor Technology, Inc.'s motion to withdraw Constantine L. Trela, Jr. as principal

counsel and to substitute Bryan Farney as principal counsel,

IT IS ORDERED THAT:

The motion is granted. Bryan Farney should promptly file a new entry of appearance as principal counsel.

FOR THE COURT

__JAN 11 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Constantine L. Trela, Jr., Esq.
Bryan Farney, Esq.
Michael Liberman, Esq.
Louis S. Mastriani, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 11 2011

JAN HORBALY
CLERK